IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 01-cv-02139-RPM

GARY LLOYD BRUCE,

                    Petitioner,

v.

BUREAU OF PRISONS and
SAMUEL L. PRATT, Warden of
Federal Correctional Institution Englewood,

                    Respondents.
_____

ORDER
_____

        On June 17, 2003, the defendants filed a suggestion of mootness which was

addressed at a hearing on June 18, 2003, on the defendants' motion to dismiss.  At that

time, the Court ordered the matter held in abeyance and directed that the respondent

file a supplemental response when appropriate.  That was indicated because the

suggestion of mootness was dependant upon further developments with respect to an

inquiry to the sentencing court.  No supplemental response was ever filed.  It is now

        ORDERED that the respondents shall file a supplemental response or other

appropriate pleading on or before November 7, 2005.

        Dated: October 14th, 1005

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Judge

Civil Action No.    01-M-2139

I do hereby certify that I have mailed a copy of the attached to the following:

Dated:  October 14, 2005

GREGORY C. LANGHAM, CLERK

s/Leslie A. Martin

By_____
Deputy

Gary Lloyd Bruce #05165-041
FCI Englewood
9595 W. Quincy Ave.
Littleton, CO 80123