IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 01-cv-02139-RPM

GARY LLOYD BRUCE,

        Petitioner,

v.

BUREAU OF PRISONS and
SAMUEL L. PRATT, Warden of
Federal Correctional Institution Englewood,

        Respondents.
_____

ORDER FOR ADMINISTRATIVE CLOSURE
_____

    Upon consideration of defendants' Status Report (Doc. #51), filed on November 28, 2005, it is

    ORDERED that this civil action is closed administratively pursuant to D.C.Colo.LCivR 41.2.

    Dated: December 6, 2005

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Judge

Civil Action No.   01-cv-02139-RPM

      I do hereby certify that I have mailed a copy of the attached to the following:

Dated:  December 6, 2005

                                GREGORY C. LANGHAM, CLERK

                                    s/Leslie A. Martin
                        By_____
                                      Deputy

Gary Lloyd Bruce #05165-041
FCI Englewood
9595 W. Quincy Ave.
Littleton, CO 80123